IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT WARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-608-bbc

v.

DANE KIRK,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for plaintiff Robert Ward's failure to state a claim upon which relief may be granted.

| /s/ | 3/14/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |